**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LARRY YOUNG, III, and MARIE BLAIR,

    Plaintiffs,

v.                                                      Case No. 10-CV-11012

CITY OF DEARBORN, et al.,

    Defendants.
                                                    /

**ORDER SETTING DEADLINE FOR SUBMISSION OF STIPULATION**

The court conducted a scheduling conference in the above-captioned matter on May 25, 2010. During the conference, the parties agreed that Plaintiffs should be permitted to amend their complaint. The court directed the parties to submit, on or before **June 10, 2010**, their stipulation to allow Plaintiffs to file an amended complaint. Accordingly,

IT IS ORDERED that the deadline for submitting a stipulation to allow Plaintiffs to file an amended complaint shall be **June 10, 2010**.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 2, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 2, 2010, by electronic and/or ordinary mail.

                                                    S/Lisa Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522